AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Samuel Rinehart | ) Case No. 8:24-mj-2732-NHA |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 8, 2024** in the county of **Pinellas** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Daniel L'Esperance, TFO, FBI
_Printed name and title_

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 11/8/2024

_Judge's signature_

City and state: Tampa, FL    HONORABLE NATALIE HIRT ADAMS, U.S.M.J.
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Daniel L'Esperance, being duly sworn, depose and state as follows:

1. I am a detective with the City of St. Petersburg Police Department and a Task Force Officer with the Federal Bureau of Investigation ("FBI"). I have been employed by the City of St. Petersburg since 2014. I am currently assigned to the Special Victims Unit. I am also a member of the Tampa Bay Human Trafficking Task Force. I have been a member of the Internet Crimes Against Children Task Force since 2021 and have participated in numerous undercover online law enforcement operations promoting the safety of children. I have completed trainings regarding Investigative Techniques of the National Center of Missing Exploited Children ("NCMEC") Cybertips, undercover investigations into online chats and peer-to-peer file sharing. I have been involved in numerous investigations involving violations of 18 U.S.C. § 2252, which criminalizes the sexual exploitation of minors, to include the possession, production, and distribution of child pornography.

2. As a Task Force Officer with the FBI, I am responsible for investigating and enforcing violations of federal law. In my investigative experience, I have written and executed search warrants, conducted physical surveillance, written investigative reports, reviewed recordings, interviewed witnesses, victims and offenders, and worked with cooperating individuals. I have also conducted visual reviews and analyses of suspected images and videos of child pornography.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Samuel Rinehart ("RINEHART"). This affidavit sets forth facts

sufficient to establish probable cause to believe that RINEHART has committed the violation of Possession of Child Pornography, in violation of 18 USC § 2252(a)(4)(B).

4. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest RINEHART, I have not set forth each and every fact learned during the course of this investigation.

## **PROBABLE CAUSE**

5. In March 2024, the FBI conducted an online investigation in an undercover capacity. The FBI's investigation targeted computers that make child pornography publicly available to download on the Internet through P2P file-sharing networks, to include BitTorrent. During this investigation, the FBI used a computer that was previously configured to investigate and target computers with IP addresses associated with the Tampa Bay area, to include Pinellas County, Florida.

6. On or about March 27, 2024, the FBI undercover computer directly connected to the computer with the IP address "35.145.139.57" and successfully downloaded from it, via BitTorrent, one hundred and seventy-three files. Each file was downloaded as a "single-source" download. I reviewed the files and based on my training and experience, at least several files constitute child pornography. One file is described as follows:

  File name:  000078.avi
  Description:  This is a video of a pubescent white female child, approximately 8-12 years of age. She is fully nude, has makeup around her eyes and lipstick on her lips. As the video begins, the focal point is the child's vagina. Throughout the rest of the video, the child is posing in various poses which are both sexually suggestive and expose her vagina in a lewd manner.

7. On or about July 4, 2024, the FBI undercover computer directly connected to the computer with the IP address "35.145.139.57" and successfully downloaded from it, via BitTorrent, one file. The file was downloaded as a "singlesource" download. I reviewed the file and based on my training and experience, this file constitutes child pornography. The file is described as follows:

  File name:  Bandicam 2014-11-05 10-34-27-840 skype tiny girl naked spread bate
  Description:  This is a video of a pubescent Asian female child, approximately 10-14 years of age. She is fully nude and massaging her vagina with her fingers.

8. On or about August 11, 2024, the FBI undercover computer directly connected to the computer with the IP address "35.145.139.57" and successfully downloaded from it, via BitTorrent, one file. The file was downloaded as a "singlesource" download. I reviewed the file and based on my training and experience, this file constitutes child pornography. The file is described as follows:

  File name:  10yo Deli Full HC (Full HD).mp4
  Description:  This is a video of a pubescent Hispanic female child, approximately 8-12 years of age. In the beginning of the video, the child is fully clothed while sucking on a pink dildo. Later in the video, the child provides oral sex to an

unknown adult male penis and the adult male subsequently engages in vaginal sex with the pubescent Hispanic female child.

9. The FBI sent a subpoena to Charter Communications for subscriber information for IP address "35.145.139.57." On or about September 10, 2024, Charter Communications responded with the following subscriber information:

| | |
|---|---|
| IP Address: | 35.145.139.57 |
| Lease Log Start Date: | September 29, 2023 |
| Lease Log End Date: | September 7, 2024 [1] |
| Subscriber Name: | Samuel RINEHART |
| Service Address: | 7505 US Highway 19 N, LOT 35, Pinellas Park, Florida 33781 ("RESIDENCE") |
| Billing Address: | RESIDENCE |
| Username or features: | Sequoia5@Spectrum.net Rinehartsamuel5@gmail.com |
| Phone Number: | 727-XXX-4019 |

10. The FBI sent a subpoena to Duke Energy for subscriber information for the RESIDENCE. On or about August 22, 2024, Duke Energy responded with the following subscriber information:

| | |
|---|---|
| Move in Date: | May 2, 2023 |
| Subscriber Name: | Samuel RINEHART |
| Email Address: | Rinehartsamuel5@gmail.com |
| Phone Numbers: | 727-XXX-4019 727-XXX-4389 |
| Premise Address: | RESIDENCE |

11. A search query of the Florida Driver and Vehicle Information Database ("DAVID") revealed that Samuel RINEHART (B/M; DOB: 03/22/1967) resides at

---

[1] Charter Communications stated this date was his projected lease end date for his IP address, however the lease has renewed, and the subscriber still has the above IP address.

4

the RESIDENCE. DAVID records also show that RINEHART owns a Silver 1999 Honda SUV that has a Florida license plate number AX89KZ.

12. The FBI also completed a search query using DAVID for people residing at the RESIDENCE. Samuel RINEHART appears to be the sole occupant of the RESIDENCE.

13. On or about August 23, 2024, the FBI conducted surveillance at the RESIDENCE. The FBI observed RINEHART arrive home in his Silver Honda SUV, exit the vehicle, and enter into his residence.

14. On or about August 26, 2024, the FBI conducted surveillance at the RESIDENCE again and observed RINEHART'S vehicle parked in front of the RESIDENCE. The FBI conducted a WIFI check while parked outside the residence and all available WIFI connections were locked.

15. On or about October 30th, 2024, the FBI conducted surveillance at the RESIDENCE again and observed RINEHART'S vehicle parked on the south side of the residence. The FBI observed RINEHART exit his RESIDENCE and engage in conversation with other individuals in the neighborhood for approximately thirty minutes.

16. On or about November 5, 2024, a United States Magistrate Judge issued a warrant to search the RESIDENCE, to include computers, cellphones and electronic devices found therein, and to seize materials that constitute evidence of violations of 18 U.S.C. § 2252(a)(2) (distribution of child pornography) and 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography).

17. On November 8, 2024, the FBI executed the residential search warrant. RINEHART was present within the residence and there were no other civilians in the home. During the search of the residence, a Sandisk 512 GB USB drive was located within the residence, in the front living room on a TV stand. A preview of this device revealed numerous items containing child pornography. Three of the files located on the USB drive are described below:

| | |
|---|---|
| File Name: | A ! Pthc 7Yo My Little Girls – Part 1.mpg |
| Description: | This video depicts a pre-pubescent white female child, who is approximately 5-7 years of age. In this video, there is an adult male who is rubbing the child's vagina with his fingers. Later in the video, the adult male is observed rubbing his penis on the child's vagina and attempting to insert his penis into the child's vagina. This video is two minutes and fifty-three seconds (2:53) in length. |
| File Name: | A Pthc 10Y Girl Father Full sex 43Min (Pthc) pt 7Yo - 9Yo -- Fullsex-Spank (Child - Sado Slave Rebuilding Of Part 96% Kleuterkutje Childlover Pedo.mpg |
| Description: | 42:16 video containing a prepubescent white female child, approximately 7-12 years of age, naked except for a pair of socks, and a naked, white adult male. Over the course of the video, the male digitally penetrates the child's vagina and anus, inserts his erect penis into the child's mouth, and presses his erect penis against the child's vagina. A clothed adult male appears later in the video with the child and uses a thin stick to spank the child's buttocks and genitals. |
| File Name: | A (Pthc YVM)_Daphne 9 Young Video Models - Daphne 9 Young Video Models - Daphne 9 playing with Dad's cock (eEnhanced) [24].640x480.avi |

| | |
|---|---|
| Description: | 24:08 video containing a naked prepubescent white female child, approximately 8-11 years of age, and a naked, adult white male. Over the course of the video, the male engages in oral and vaginal sex with the child using his erect penis. |

18. A non-custodial interview was conducted with RINEHART during the search. On multiple occasions, RINEHART was advised that he was not under arrest, was under no obligation to talk, and could leave at any time. During the interview, RINEHART admitted to utilizing BitTorrent to download files, including video files, from other users online. When asked if child pornography would be on any devices in his residence, RINEHART stated, "Well it could – ya – it could be some up there."

## CONCLUSION

19. Based on the foregoing, there is probable cause to believe that RINEHART committed violations of 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography), and I respectfully request this Court issue an arrest warrant for Rinehart.

*[signature]*
Daniel L'Esperance, Task Force Officer
Federal Bureau of Investigation

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone this 8th day of November, 2024.

*[signature]*
HONORABLE NATALIE HIRT ADAMS
United States Magistrate Judge